IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL C. DAVIS, | No. 14-3063 RS |
| Plaintiff, | **REFERRAL FOR PURPOSE OF DETERMINING RELATED CASE** |
| v. | |
| SAN FRANCISCO JAIL, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Edward Chen for consideration of whether the case is related to case 14-cv-1468-EMC.

IT IS SO ORDERED.

Dated: 7/8/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE